# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| OHIO TELECOM ASSOCIATION, <br><br> *Petitioner*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> *Respondents*. | Case No. 24-3133 |
| TEXAS ASSOCIATION OF BUSINESS, <br><br> *Petitioner*, <br><br><br> v. <br><br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> *Respondents*. | Case No. 24-3206 |
| CTIA – THE WIRELESS ASSOCIATION; NCTA – THE INTERNET & TELEVISION ASSOCIATION; USTELECOM – THE BROADBAND ASSOCIATION, <br><br> *Petitioners*, <br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> *Respondents*. | Case No. 24-3252 |

## JOINT MOTION TO SET BRIEFING SCHEDULE AND JOINT PROPOSED BRIEFING SCHEDULE

The parties in the above-captioned proceedings—Petitioners Ohio Telecom Association, Texas Association of Business, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association (collectively, "Industry Petitioners"); and Respondents Federal Communications Commission ("FCC") and the United States of America—hereby respectfully file this joint motion to set briefing schedule and joint proposed briefing schedule for these matters. In support of this motion, the parties state as follows:

1.      Pursuant to 5 U.S.C. § 706, 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342-2344, and Federal Rule of Appellate Procedure 15, Petitioners have each sought review of the order of the FCC captioned *In the Matter of Data Breach Reporting Requirements*, Report and Order, WC Docket No. 22-21, FCC 23-111 (released Dec. 21, 2023) ("Order"), which was published in the Federal Register on February 12, 2024, *see* 89 Fed. Reg. 9968 (Feb. 12, 2024).

2.      Petitioner Ohio Telecom Association petitioned this Court for review of the Order on February 20, 2024. *See Ohio Telecom Ass'n v. FCC*, No. 24-3133 (6th Cir.), ECF No. 1. Petitioner Texas Association of Business petitioned the Fifth Circuit for review on February 20, 2024. *See Texas Ass'n of Bus. v. FCC*, No. 24-60085 (5th Cir.), ECF No. 1.

3.      On March 4, 2024, the U.S. Judicial Panel on Multidistrict Litigation selected the Sixth Circuit as the court in which to consolidate those petitions

pursuant to 28 U.S.C. § 2112(a)(3). *See* Consolidation Order, *In re FCC, In the Matter of Data Breach Reporting Requirements*, MCP No. 178 (J.P.M.L. Mar. 4, 2024), ECF No. 3.

4.      The Fifth Circuit accordingly transferred the petition of Texas Association of Business to this Court on March 7, 2024. *See Texas Ass'n of Bus. v. FCC*, No. 24-3206 (6th Cir.), ECF No. 1.

5.      On March 15, 2024, Petitioners CTIA – The Wireless Association; NCTA – The Internet & Television Association; and USTelecom – The Broadband Association petitioned the D.C. Circuit for review of the Order. *See CTIA – The Wireless Ass'n v. FCC*, No. 24-1070 (D.C. Cir. Mar. 15, 2024). The D.C. Circuit transferred that petition to this Court on March 25, 2024. *See CTIA – The Wireless Ass'n v. FCC*, No. 24-3252 (6th Cir.), ECF No. 1.

6.      The deadline for any additional petitioners to seek review of the Order is April 12, 2024. *See* 28 U.S.C. § 2344.

7.      Under Federal Rule of Appellate Procedure 17(a), the Commission must file the administrative record by April 1, 2024. Under Federal Rule of Appellate Procedure 31(a)(1), Petitioners' opening briefs would be due forty days after the record is filed; Respondents' opening briefs would be due 30 days after Petitioners' opening briefs are filed; and Petitioners' reply briefs would be due 21 days after Respondents' opening briefs are filed.

8.	In an effort to reduce unnecessary repetition, Industry Petitioners intend to file one joint opening brief and one joint reply brief.

9.	Pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26, and in order to facilitate an efficient briefing schedule in the event that any other petitioners file petitions for review of the Order, the parties respectfully request that the Court set the briefing schedule in these matters as follows:

- Joint opening brief of Industry Petitioners, and any additional opening briefs for additional petitioners:  **May 22, 2024**

- Briefs of intervenors and amicus curiae supporting petitioners:  **May 29, 2024**

- Consolidated respondents' brief:  **July 29, 2024**

- Briefs of intervenors and amicus curiae supporting respondents:  **August 5, 2024**

- Joint reply brief of Industry Petitioners, and any additional reply briefs for additional petitioners:  **August 26, 2024**

10.	The Industry Petitioners also respectfully request that oral argument on these matters be held during this Court's Monday, October 28 – Friday, November 1 sitting.  Respondents do not join in this request, but will make themselves available to present oral argument as the Court directs.

**WHEREFORE**, the parties jointly request that the Court issue an order adopting the proposed consolidated briefing schedule set forth above.

Dated:  April 1, 2024

/s/ Adam Sorensen
Adam Sorensen
Jacob M. Lewis
Sarah E. Citrin
FEDERAL COMMUNICATIONS
COMMISSION
Office of General Counsel
45 L Street, NE
Washington, DC 20002
(202) 418-7399
adam.sorensen@fcc.gov

*Counsel for Federal Communications Commission*

Yixi Cheng
Robert B. Nicholson
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 705-8342
yixi.cheng@usdoj.gov

*Counsel for United States of America*

Respectfully submitted,

/s/ Roman Martinez
Roman Martinez
Matthew A. Brill
Matthew T. Murchison
Charles S. Dameron
Christina R. Gay
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
roman.martinez@lw.com

*Counsel for Petitioners
Ohio Telecom Association;
Texas Association of Business;
CTIA – The Wireless Association;
NCTA – The Internet & Television
Association; and USTelecom –
The Broadband Association*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-face and type-style rules of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman Font.

I further certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 669 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).


April 1, 2024                                    */s/ Roman Martinez*
                                                Roman Martinez

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, I electronically filed the foregoing motion with the Clerk of Court of the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. Participants in this case are registered CM/ECF users and will be served by the CM/ECF system.


/s/ Roman Martinez
Roman Martinez